```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VDPP, LLC,

        Plaintiff,

-against-

SAVANT SYSTEMS, INC.,

        Defendant.

25-CV-845 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of defendant's letter-motion dated March 28, 2025 (Dkt. 19) in which defendant asserts that plaintiff's lead counsel is William Ramsey, an attorney who does not appear on the docket of this action. Defendant requests a stay of this action until attorney Ramsey "submits himself to the Court's jurisdiction." (Dkt. 19 at 2.) Plaintiff has not filed a response. The Court directs plaintiff to file a response, directly addressing the issue raised in defendant's letter-motion, no later than **April 14, 2025**.

Dated: New York, New York
       April 3, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**